UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
CASE NUMBER: 1:03CR-008-06-R

UNITED STATES OF AMERICA                                    PLAINTIFF

VS:  **DEFENDANT'S REQUEST FOR EVIDENTIARY HEARING AND
      OBJECTIONS TO PRESENTENCE REPORT**

BLANE BARKSDALE
a/k/a JEFF FEHRENBACH                                       DEFENDANT

COMES NOW the Defendant, Blane Barksdale, a/k/a Jeff Fehrenbach, by counsel, and hereby moves the Court for an evidentiary hearing regarding the attached objections, pursuant to Rule 32, whereby the Defendant would be afforded the opportunity to present testimony and evidence regarding the objections at his final sentencing. The objections are outlined and attached hereto solely for the convenience of the Court and all concerned parties.

THIS 31st day of January, 2005.

_____
**DENNIS M. RITCHIE**
DILLINGHAM, RITCHIE & PETRIE
COUNSEL FOR DEFENDANT
POST OFFICE BOX 129
ELKTON, KENTUCKY 42220-0129
(270) 265-5651 FAX 265-5652

### CERTIFICATE OF SERVICE

I certify the foregoing Request and Objections were served on Parties herein by faxing and mailing a true copy of same, to the Hon. Alexander T. Taft, Jr., and Hon. John Caudill, Assistant United States District Court Attorneys, Bank of Louisville Building, 10th Floor, 510 West Broadway, Louisville, Kentucky 40202 and to Lisa J. Chapman, United States Probation Officer, Post Office Box 51607, Bowling Green, Kentucky 42102-6607, on this 31st day of January, 2005.

_____
**DENNIS M. RITCHIE**
ATTORNEY FOR DEFENDANT

DILLINGHAM,
RITCHIE & PETRIE
Attorneys at Law
207 E. McReynolds Dr.
Post Office Box 129
Elkton, KY 42220