Your Honor,                                      3-2-05

  Sir, I am writing you today to express my overwhelming gratitude to you. I was brought before you on 2/28/05 to be sentenced for my participation in smuggling marijuana into and through Kentucky over the last few years. You sentenced me to 10 yrs which was the very lowest possible sentence you could have given me. Sir, I truly wish there was a stronger word than simply Thank you. That word does not even begin to reflect the gratitude that I feel. I am very aware that you had in your power to give me up to 20, 30 or even life in prison and I want you to know sir that I will not take lightly this second chance at a life outside that you have given to both me and my family. I sir, will not ever make you regret giving us this second chance either. I do so deeply regret the decisions I made that have taken me away from my 3 young babies and wife. During the time of my incarceration I will do all I can to be there emotionally for my babies and upon my release shall once again be a productive member of society, giving my children, wife and myself a happy, loving and stable life.
  Also Your Honor I would like to know if

you could order the proper authorities to return to me my personal property which was taken back from my home and hotel room which have nothing to do with my case. I.E. Personal photographs from home + hotel room in Florida, children's birth certificates + social security cards, personal phone + address books, marriage license, title to 1962 GMC R.V., and our personal computer, monitor, scanner/printer/fax. I have been told on several occasions that all these items would be returned to me but still never have been. The photographs taken from our home were wedding photographs and the ones from the hotel room in Florida where I was arrested are actually 5 disposable cameras full of pictures of my small children on the beach, at Universal Studios and playing in the snow. These are the last times that my wife + I both were able to spend with our babies + young children and would greatly appreciate getting these photos returned to us.

Thank you very much for your time, understanding + compassion.

Sincerely,
Blane Barksdale