DEFENDANT: **BARKSDALE, BLANE**
CASE NUMBER: **1:03CR-00008-06-R**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 120 months as to Counts 1 and 2 in the Superseding Indictment, which shall be served concurrently, with one another.

[X] **The Court makes the following recommendations to the Bureau of Prisons:**
That a facility be designated wherein defendant may be placed in a comprehensive drug treatment program and as near his home in Arizona as possible.

[X] **The defendant is remanded to the custody of the United States Marshal.**

[ ] The defendant shall surrender to the United States Marshal for this district:

   [ ] at           A.m. / p.m. on

   [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] Before 2:00 p.m. on

   [ ] as notified by the United States Marshal.

   [ ] As notified by the Probation or Pretrial Services Office.

   [ ] The defendant shall continue under the terms and conditions of his/her present bond pending surrender to the institution.

*FILED US DISTRICT COURT CLERK WESTERN DISTRICT OF KY 05 JUN 24 PM 4:30*

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on  6-16-05  To  FPC LA TUNA  Anthony, TX , with a certified copy of this judgment.

_____A. Smith, Warden_____
UNITED STATES MARSHAL

By _____W. Smith, Lt._____
Deputy U.S. Marshal