| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Trans. Court)* 0644 1:03CR-00008-06-R |
|---|---|
| **REVISED TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 12CR50056-DCB-CRP |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT Western Kentucky | DIVISION Bowling Green |
|---|---|---|
| Blane BARKSDALE (#9309) | NAME OF SENTENCING JUDGE Thomas B. Russell, Senior U.S. District Judge | |
| | DATES OF SUPERVISED RELEASE: | FROM 1/27/2012 — TO 1/26/2017 |

**OFFENSE**

Ct. 18 - Conspiracy to Possess With Intent to Distribute 1,000 Kilograms or more of Marijuana, a Schedule I Controlled Substance [21 USC 846] and Ct. 28 - Possession With Intent to Distribute 1,000 Kilograms or more of Marijuana, a Schedule I Controlled Substance [21 USC 841(a)(1) and 18 USC 2]

---

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **WESTERN** DISTRICT OF **KENTUCKY**

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Arizona** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_2/16/12_
Date

*signature*
Thomas B. Russell
Senior Judge, United States District Court

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **ARIZONA**

   IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_3/8/12_
Effective Date

*signature*
UNITED STATES DISTRICT JUDGE

FILED DISTRICT COURT CLERK WESTERN DISTRICT OF KY
2012 MAR 15 AM 9:48

417